IN RE: James, John; — Plaintiff(s); Applying for Supervisory and/or Remedial Writ; Parish of Orleans Criminal District Court Div. “I” Number 345-716
Writ granted; case transferred to the 19th Judicial District Court. Relator has raised a criminal post-conviction habeas corpus claim, see La.C.Cr.P. art. 362(2); State ex rel. Vaughn v. State, 96-1670 (La.8/1/96), 677 So.2d 436; State ex rel. Bartie v. State, 501 So.2d 260 (La.App. 1st Cir.1986), venue for which lies in the 19th Judicial District. R.S. 15:571;15; Vaughn, 96-1670 at 1, 677 So.2d at 436; Bartie, 501 So.2d at 265.
VICTORY, J., not on panel.